1

2

3

4 UNITED STATES DISTRICT COURT

5 NORTHERN DISTRICT OF CALIFORNIA

6

| | |
|---|---|
| 7    JOHN MACHIKAWA, et al., | Case No.  15-cv-01001-HSG |
| 8           Plaintiffs, | **ORDER CONTINUING DEADLINES FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINTS** |
| 9        v. | |
| 10    COOPER VISION, INC., et al., | |
| 11           Defendants. | |
| 12 | |
| 13    RACHEL MILLER, et al., | Case No. 15-cv-01028-HSG |
| 14           Plaintiffs, | |
| 15        v. | |
| 16    ALCON LABORATORIES, INC., et al., | |
| 17           Defendants. | |
| 18    SUNEETA D FERNANDES, | Case No. 15-cv-01045-HSG |
| 19           Plaintiff, | |
| 20        v. | |
| 21    ALCON LABORATORIES, INC., et al., | |
| 22           Defendants. | |
| 23    STEPHEN MANGUM, | Case No. 15-cv-01064-HSG |
| 24           Plaintiff, | |
| 25        v. | |
| 26    COOPERVISION, INC.,,, et al., | |
| 27           Defendants. | |

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1  KIMBERLY MARTIN,

2         Plaintiff,

3         v.

4  ALCON LABORATORIES, INC., et al.,

5         Defendants.

Case No. 15-cv-01090-HSG

6  SUSAN G GORDON,

7         Plaintiff,

8         v.

9  COOPER VISION, INC., et al.,

10         Defendants.

Case No. 15-cv-01092-HSG

11  MATTHEW J. CARDAMONE,

12         Plaintiff,

13         v.

14  ALCON LABORATORIES, INC., et al.,

15         Defendants.

Case No. 15-cv-01093-HSG

16  GLORIA GOLDBLATT,

17         Plaintiff,

18         v.

19  ALCON LABORATORIES, INC., et al.,

20         Defendants.

Case No. 15-cv-01095-HSG

21  SERGE PENTSAK, et al.,

22         Plaintiffs,

23         v.

24  ALCON LABORATORIES, INC., et al.,

25         Defendants.

Case No. 15-cv-01097-HSG

26

27

28

2

United States District Court
Northern District of California

| | | |
|---|---|---|
| 1 | JULIANA BRODSKY, | Case No. 15-cv-01123-HSG |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | COOPER VISION, INC., et al., | |
| 5 | Defendants. | |
| 6 | DUSTY PRICE, et al., | Case No. 15-cv-01124-HSG |
| 7 | Plaintiffs, | |
| 8 | v. | |
| 9 | ALCON LABORATORIES, INC., et al., | |
| 10 | Defendants. | |
| 11 | BENJAMIN W. HEWITT, et al., | Case No. 15-cv-01196-HSG |
| 12 | Plaintiffs, | |
| 13 | v. | |
| 14 | ALCON LABORATORIES, INC., et al., | |
| 15 | Defendants. | |

16

17      Motions to transfer the above-captioned class actions, along with other related actions filed

18   in other districts, to a single district for coordination or consolidation are currently pending before

19   the Judicial Panel for Multidistrict Litigation ("JPML").  *See In re: Disposable Contact Lens

20   Antitrust Litigation*, MDL No. 2626.  The deadlines for Defendants to answer or otherwise

21   respond to the complaints filed in the above-captioned class actions are hereby continued pending

22   resolution of MDL No. 2626.  Discovery shall also be stayed pending resolution of MDL No.

23   2626.  However, if Defendants are required to answer or otherwise respond to another complaint

24   in a related class action before then, Defendants will answer or otherwise respond to the

25   complaints in the above-captioned class actions at the same time.  Furthermore, if any Defendant

26   responds to any discovery requests or makes any initial disclosures in a related class action, that

27   Defendant will simultaneously provide the same responses and/or disclosures to any Plaintiff in

28   any one of the above-captioned class actions involving that Defendant.

3

United States District Court
Northern District of California

1    **IT IS SO ORDERED.**

2    Dated: March 31, 2015

3    _____
     HAYWOOD S. GILLIAM, JR.
4    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4